IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| HOWARD S. JACKREL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ICX TECHNOLOGIES, INC., HANS C. KOBLER, COLIN J. CUMMING, E. SPENCER ABRAHAM, RODNEY E. SLATER, JOSEPH M. JACOBS, ROBERT A. MAGINN, JR., MARK L. PLAUMANN,<br><br>Defendants. | Civil Action No. 1:10cv941 CMH/TCB |

## ORDER GRANTING CONSENT MOTION TO CONSOLIDATE AND TO STAY DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND

Upon consideration of the Consent Motion to Consolidate and to Stay Defendants' Time to Answer or Otherwise Respond filed by Defendants ICx Technologies, Inc., Hans C. Kobler, Colin J. Cumming, E. Spencer Abraham, Rodney E. Slater, Joseph M. Jacobs, Robert A. Maginn, Jr., Mark L. Plaumann and Plaintiff Howard S. Jackrel, it is hereby ORDERED that the Consent Motion to Consolidate and to Stay Defendants' Time to Answer or Otherwise Respond is GRANTED. It is FURTHER ORDERED that the above-captioned case be consolidated into a new case styled: *In re ICx Technologies, Inc. Shareholder Class Action*.

Entered this 26th day of October, 2010.

/s/
Claude M. Hilton
United States District Judge